| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Baer, Janet S. | 2. Court or Organization<br><br>Bankruptcy Court- Northern District of Illinois | 3. Date of Report<br><br>11/30/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>219 S. Dearborn Street, Suite 662, Chicago, IL 60604 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Grantor and Trustee -12/11/2012 to present | Janet S. Baer Revocable Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 11/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruprcy Institute | 2/28/14-3/4/14 | New York, NY | Duberstein Moot Court Competition | Hotel, airfare, food and ground transportation |
| 2. | American Bankruptcy Institute | 4/24/14-4/27/14 | Washington, DC | ABI Annual Meeting | Food |
| 3. | American Bankrutpcy Institute | 6/12/14-6/15/14 | Lake Geneva, WI | ABI Central States Meeting | Hotel, ground transportation, food and seminar attendance fee |
| 4. | National Conference of Bankruptcy Judges | 10/7/14-10/11/14 | Chicago, IL | Annual Meeting | Hotel |
| 5. | American Bankruptcy Institute | 11/11/14 | Chicago, IL | Chicago Consumer Conference | Ground Transportatoin |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Baer, Janet S.** | 11/30/2015 |

| 6. | American Bankruptcy Institute | 11/12/14 | Chicago, IL | Mid Level Professionals Conference | Ground Transportation |
|---|---|---|---|---|---|
| 7. | American Bankruprcy Institute | 12/4/14-12/7/14 | Palm Springs, CA | Winter Leadership Conference | Hotel, airfare, ground transportation, food and seminar attendance fee |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Municipal Money Market Fund #1 | A | Interest | L | T | | | | | |
| 2. Fidelty Municipal Money Market Fund #2 | A | Interest | M | T | | | | | |
| 3. Ally Bank Midvale Utah CD #1 | A | Interest | | | Matured | 8/11/14 | K | A | |
| 4. American Express Cen CD | A | Interest | | | Matured | 8/11/14 | K | A | |
| 5. Fidelty Global Balanced Fund | C | Int./Div. | L | T | | | | | |
| 6. I shares TR S & P Midcap 400 Index Fund | A | Int./Div. | K | T | | | | | |
| 7. I shares Trust S & P Small Cap 600 Index Fund | A | Int./Div. | L | T | | | | | |
| 8. Matthews Asian Growth & Income Fund #1 | A | Int./Div. | K | T | | | | | |
| 9. Oakmark Equity & Income Fund #1 | B | Int./Div. | M | T | | | | | |
| 10. Pimco Investment Grade Corp bond Class D Fund | A | Int./Div. | K | T | | | | | |
| 11. Pimco Global Multi Asset Class D Fund | A | Int./Div. | | | Sold | 01/24/14 | L | A | |
| 12. T Rowe Price International Stock Fund #1 | B | Int./Div. | L | T | | | | | |
| 13. T Rowe Price Capital Appreciation Fund # 1 | D | Int./Div. | M | T | | | | | |
| 14. T Towe Price International Bond Fund #1 | A | Int./Div. | K | T | | | | | |
| 15. Templeton Global Bond Fund Class C | B | Int./Div. | K | T | | | | | |
| 16. Vanguard Wellington Investor Fund | D | Int./Div. | M | T | | | | | |
| 17. Fidelity Municipal Money Market Fund #3 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oakmark Equity & Income Fund #2 | A | Int./Div. | L | T | | | | | |
| 19. T Rowe Price Short Term Bond Fund #1 | B | Int./Div. | K | T | | | | | |
| 20. Fidelty Municipal Money Market Fund #4 | A | Int./Div. | L | T | | | | | |
| 21. Fidelity IRA | A | Int./Div. | N | T | | | | | |
| 22. -Fidelity Cash Resserves | | | | | | | | | |
| 23. -Powershares DB Commodity Index Tracking FD Unilt Ben Int | | | | | | | | | |
| 24. -Driehaur Emerging Markets Fund | | | | | | | | | |
| 25. -Fidelty Real Estate Investment Fund | | | | | | | | | |
| 26. -Ishares Trust S & P Midcap 400 Index FD | | | | | | | | | |
| 27. -Ishares Trust S & P Small Cap 600 Index FD | | | | | | | | | |
| 28. -Matthews Asian Growth & Income Fund #2 | | | | | | | | | |
| 29. -Oakmark International Small Cap Investment Fund | | | | | | | | | |
| 30. -Pimco Foreign Bond Fund Unhedged Class D | | | | | | | | | |
| 31. -Pimco Real Return Fund Class D | | | | | | | | | |
| 32. -Pimco Total Return Fund Class D | | | | | | | | | |
| 33. -RS Global Natural Resources Fund Class A | | | | | | | | | |
| 34. -TCW Total Return Bond Fund Class N | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Pimco All Asset All Authority Class D | | | | | Sold | 01/22/14 | K | A | |
| 36. -Fidelity Global Balanced Fund | | | | | Buy | 01/23/14 | K | | |
| 37. Vanguard International Value Fund Inherited IRA | B | Int./Div. | L | T | Distributed (part) | 12/20/14 | J | B | |
| 38. Vanguard Wellington Investor Fund (UTMA) | B | Int./Div. | K | T | | | | | |
| 39. Fidelity Municipal Money Market Fund ( UTMA) | A | Int./Div. | J | T | | | | | |
| 40. I Shares Core Total US Bond Market ETF | D | Int./Div. | N | T | | | | | |
| 41. Oakmark International Cl I Fund | A | Int./Div. | K | T | | | | | |
| 42. Vanguard Rollover IRA | F | Int./Div. | P1 | T | | | | | |
| 43. -Vanguard Developed Markets Index Fund Admiral | | | | | | | | | |
| 44. -Vanguard Emerging Markets Stock Index Fund Adm | | | | | | | | | |
| 45. -Vanguard Equity Income Fund Inv. | | | | | Sold | 05/22/14 | L | A | |
| 46. -Vanguard Growth Index Fund Adm. | | | | | | | | | |
| 47. -Vanguard Inflation Protect Sec Adm Fund | | | | | | | | | |
| 48. -Vanguard Long Term Investment Growth . Fund Adm. | | | | | | | | | |
| 49. -Vanguard Mid Cap Value Index Fund Adm | | | | | | | | | |
| 50. -Vanguard Precious Metals & Mining Fund | | | | | | | | | |
| 51. -Vanguard Prime Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | |
|---|---|
| Name of Person Reporting<br><br>Baer, Janet S. | Date of Report<br><br>11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Vanguard REIT Index Fund Adm | | | | | | | | | |
| 53.   -Vanguard Wellington Fund Admiral | | | | | | | | | |
| 54.   -Vanguard Equity Inncome Fund Adm. | | | | | Buy | 05/22/14 | K | | |
| 55.   -Vanguard Global Ex US Real Estate Index FD ETF | | | | | | | | | |
| 56.   -Vanguard MSCI EAFE ETF (n/k/a FTSE Developed MRKTS ETF) | | | | | | | | | |
| 57.   -Vanguard S & P 500 Index ETF | | | | | | | | | |
| 58.   -Vanguard Short Term Bond ETF | | | | | | | | | |
| 59.   -Vanguard Small Cap ETF | | | | | | | | | |
| 60.   -Vanguard Total Bond Market ETF | | | | | | | | | |
| 61.   Allianz Inherited Fixed Rate Annuity | B | Int./Div. | J | T | Distributed (part) | 4/30/14 | J | B | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 11/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janet S. Baer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544